```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

       JAN 0 6 2009

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

REDACTED FOR PUBLIC DISCLOSURE

| United States of America, | CR 09 00 19 PHX JAT (ECV) |
|---|---|
| Plaintiff, | |
| v. | **INDICTMENT** |
| Nicholas James Crook, | VIO: 18 U.S.C. § 32(a)(5) |
| Defendant. | (Interference with the Safe Operation of an Aircraft) |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>

On or about September 16, 2008, in the District of Arizona, defendant Nicholas James Crook willfully interfered with Phoenix Police Department Pilot Officer Brent Bundy, a person who was engaged in the authorized operation of a police helicopter that was in flight, with reckless disregard for the safety of human life, when defendant Nicholas James Crook pointed a laser beam at the helicopter while the helicopter was on duty in the area of 2144 West Rancho Drive, Phoenix, Arizona.

//
//
//

1  In violation of Title 18, United States Code, Section 32(a)(5).

2

3                                                          A TRUE BILL

4

5                                                          s/
                                                           FOREPERSON OF THE GRAND JURY
6                                                          Date: January 6, 2009

7
   DIANE J. HUMETEWA
8  United States Attorney
   District of Arizona
9

10   s/
   JOHN BOYLE
11 Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28